# EXHIBIT 6

Laborer's District Council and Contractor's Pension Fund of Ohio
OmniVision Technologies, Inc.
Class Period: 08/27/2010 through 11/6/2011

| PURCHASES/ACQUISITIONS | | | | SALES | | | |
|---|---|---|---|---|---|---|---|
| DATE | SHARES | PRICE/SH | AMOUNT | DATE | SHARES | PRICE/SH | AMOUNT |
| 3438 | LABORERS DISTRICT COUNCIL CONT | | | | | | |
| 1/7/2011 | 55,400 | 27.1966 | 1,506,692 | 11/10/2011 | 71,100 | 13.1227* | 933,024 |
| 1/12/2011 | 15,700 | 28.4324 | 446,389 | | | | |

* Post-class period sale