ABRAHAM, FRUCHTER
   & TWERSKY LLP
IAN D. BERG   (Bar No. 263586)
TAKEO A. KELLAR (Bar No. 234470)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 792-3448
Fax:   (858) 792-3449
*iberg@aftlaw.com*
*tkellar@aftlaw.com*

*Counsel for Puerto Rico Teachers Retirement System and Proposed Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WOBURN RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   v.<br><br>OMNIVISION TECHNOLOGIES, INC., SHAW HONG, ANSON CHAN, and AURELIO "RAY" CISNEROS,<br><br>                Defendants. | Case No. CV 11-05235-RMW<br><br>DECLARATION OF IAN D. BERG IN SUPPORT OF THE MOTION OF GOVERNMENT OF PUERTO RICO TEACHERS RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION<br><br>JUDGE RONALD M. WHYTE<br><br>ECF CASE |

(caption continued on next page)

DECLARATION OF IAN D. BERG
Case No. 11-05235-RMW

| | |
|---|---|
| LABORERS LOCAL 235 BENEFIT FUNDS, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>OMNIVISION TECHNOLOGIES, INC., SHAW HONG, ANSON CHAN, and RAY CISNEROS,<br><br>                    Defendants. | Case No. CV 11-05372-JSW |
| CARBON COUNTY RETIREMENT BOARD, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>OMNIVISION TECHNOLOGIES, INC., SHAW HONG, ANSON CHAN, and AURELIO CISNEROS,<br><br>                    Defendants. | Case No. CV 11-06593-HRL |

DECLARATION OF IAN D. BERG
Case No. 11-05235-RMW

I, Ian D. Berg, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am of counsel to the law firm of Abraham, Fruchter & Twersky, LLP, counsel for the proposed lead plaintiff Government of Puerto Rico Teachers Retirement System ("Puerto Rico TRS"). I submit this declaration in support of Puerto Rico TRS' motion to be appointed lead plaintiff and for approval of its selection of lead counsel in the above captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of a press release published on October 26, 2011, on Globe Newswire, announcing the pendency of the lawsuit against Defendants.

3. Attached hereto as Exhibit B is a true and correct copy of the Certification of Puerto Rico TRS, setting forth its transactions in OmniVision Technologies, Inc. ("OmniVision") securities from August 27, 2010 through November 6, 2011, inclusive (the "Class Period").

4. Attached hereto as Exhibit C is a chart setting forth Puerto Rico TRS' opening balance of OmniVision shares held as of August 27, 2010 and its transactions in OmniVision stock during the encompassing Class Period and the ninety (90) days subsequent.

5. Attached hereto as Exhibit D is a true and correct copy of the Abraham, Fruchter & Twersky, LLP Firm Biography.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of December, 2011, at San Diego, California.

*/s/ Ian D. Berg*
IAN D. BERG