# EXHIBIT A

# YAHOO! FINANCE

# Labaton Sucharow LLP Files a Class Action Lawsuit on Behalf of Investors in OmniVision Technologies, Inc.



**Press Release**: Labaton Sucharow LLP – Wed, Oct 26, 2011 8:02 PM EDT

NEW YORK, Oct. 26, 2011 (GLOBE NEWSWIRE) -- Labaton Sucharow LLP filed a class 2011 in the U.S. District Court for the Northern District of California. The lawsuit was fi OmniVision Technologies, Inc. ("OmniVision" or the "Company") common stock betwe 13, 2011, inclusive (the "Class Period").

The action charges OmniVision and certain of its officers with violations of Sections 10( Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. The Complaint alleges t the Company's financial results were artificially inflated by virtue of the fact that the Co its exclusive contract with Apple Inc. ("Apple") to supply imaging sensors for Apple's ce

OmniVision is a designer and manufacturer of image sensors that are used in digital ca into electronic signals. OmniVision is one of the leading suppliers of complementary m ("CMOS") sensors used in mobile telephones. The Complaint alleges that OmniVision f its lucrative, high-profile, and exclusive contract with Apple; (b) competition was erodi smartphone industry; (c) delays in the development of its 8-megapixel product line wer (d) it lacked a reasonable basis for its statements about its bright prospects in the smar

On August 25, 2011, OmniVision announced its results for the fiscal first quarter of 201 fiscal second quarter of 2012 that was well below analyst expectations. The Company al production of its new 8-megapixel product line. Based on the Company's disappointing OmniVision would not be the exclusive producer of camera components for Apple's nev iPhone 4S--set for release in the fall of 2011. As a result of these revelations, OmniVisio or 30.4 percent, to close at $17.27 per share on August 26, 2011 on extraordinary tradin

On October 14, 2011, the iPhone 4S became available for sale and for disassembly. Base of the camera sensor, experts determined that Sony--and not OmniVision--had supplie

4S. In reaction to this news, OmniVision's stock fell $1.65 per share, or 9.3 percent, to c October 14, 2011 on high trading volume.

If you are a member of this Class you can view a copy of the complaint and join this clas http://www.labaton.com/en/cases/Newly-Filed-Cases.cfm.

If you purchased OmniVision common stock during the Class Period, you may be able t Plaintiff. Lead Plaintiff motion papers must be filed with the U.S. District Court for the later than December 27, 2011. A lead plaintiff is a court-appointed representative for ab need to seek appointment as lead plaintiff to share in any Class recovery in this action. I there is a recovery for the Class, you can share in that recovery as an absent Class meml choice to represent you in this action.

If you would like to consider serving as lead plaintiff or have any questions about the la representatives, Rachel A. Avan, Esq. of Labaton Sucharow LLP, at (888) 753-2796 or ( ravan@labaton.com.

Labaton Sucharow LLP, with offices in New York, New York and Wilmington, Delaware law firms representing institutional investors in class action and complex securities litig businesses in class actions seeking to recover damages for anticompetitive practices. Th investor and consumer rights for more than 45 years, seeking recovery of current losses reforms to protect investors and consumers. Labaton Sucharow has been recognized fo peers. More information about Labaton Sucharow is available at www.labaton.com.



Copyright © 2011 GlobeNewswire. All rights reserved. Redistribution of this content is expressly prohibited wi makes no claims concerning the accuracy or validity of the information, and shall not be held liable for any err

Copyright © 2011 Yahoo! Inc. All rights reserved.      /