# EXHIBIT C

**TRANSACTIONS IN OMNIVISION TECHNOLOGIES, INC. FROM AUGUST 27, 2010 THROUGH NOVEMBER 6, 2011**

Government of Puerto Rico Teachers Retirement System
Opening Balance: 84,475 shares

| Date | Transaction | Qty | Price |
|---|---|---|---|
| 8/27/2010 | BUY | 15,780 | $ 22.5225 |
| 8/30/2010 | BUY | 3,265 | $ 21.9959 |
| 9/3/2010 | BUY | 2,445 | $ 22.3761 |
| 9/8/2010 | BUY | 1,655 | $ 20.9000 |
| 9/14/2010 | BUY | 3,685 | $ 19.9974 |
| 12/10/2010 | BUY | 4,500 | $ 32.1701 |
| 12/16/2010 | BUY | 3,320 | $ 28.7077 |
| 12/17/2010 | BUY | 6,555 | $ 28.7915 |
| 1/5/2011 | BUY | 1,454 | $ 28.5978 |
| 1/5/2011 | BUY | 1,206 | $ 28.3220 |
| 1/12/2011 | BUY | 1,665 | $ 28.3802 |
| 1/21/2011 | BUY | 4,015 | $ 28.6666 |
| 1/24/2011 | BUY | 6,760 | $ 26.1432 |
| 3/17/2011 | BUY | 6,325 | $ 29.9047 |
| 3/21/2011 | BUY | 6,280 | $ 30.4770 |
| 4/21/2011 | BUY | 7,355 | $ 32.8582 |
| 4/26/2011 | BUY | 11,145 | $ 33.7389 |
| 4/27/2011 | BUY | 3,280 | $ 34.1079 |
| 5/4/2011 | BUY | 2,345 | $ 32.4984 |
| 5/5/2011 | BUY | 5,165 | $ 32.8282 |
| 6/16/2011 | BUY | 3,965 | $ 30.2084 |
| 6/22/2011 | BUY | 7,685 | $ 31.0536 |
| 10/21/2010 | SELL | (4,855) | $ 24.0366 |
| 11/10/2010 | SELL | (2,100) | $ 27.5471 |
| 11/23/2010 | SELL | (5,450) | $ 28.8742 |
| 3/3/2011 | SELL | (9,025) | $ 32.5023 |
| 3/7/2011 | SELL | (13,980) | $ 33.6582 |
| 3/9/2011 | SELL | (10,515) | $ 32.3867 |
| 3/10/2011 | SELL | (4,350) | $ 30.3377 |
| 4/4/2011 | SELL | (20,155) | $ 32.9628 |
| 8/16/2011 | SELL | (6,300) | $ 25.6796 |
| 8/17/2011 | SELL | (3,035) | $ 26.1100 |
| 8/22/2011 | SELL | (1,730) | $ 24.5600 |
| 8/25/2011 | SELL | (7,845) | $ 25.9705 |