UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re OMNIVISION TECHNOLOGIES, INC. SECURITIES LITIGATION ) ) ) | No. 11-cv-05235-RMW-HRL<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. ) ) ) ) ) | [] ORDER GRANTING WITHDRAWAL OF COUNSEL |

688706_1

1  Upon consideration of former lead plaintiff movant Macomb County Employees' Retirement

2  System's Notice of Request for Withdrawal as Counsel, and for good cause shown, it is HEREBY

3  ORDERED THAT Shawn A. Williams and Brian O. O'Mara of Robbins Geller Rudman & Dowd

4  LLP are hereby withdrawn as counsel for record.

5  IT IS SO ORDERED.

6  DATED: October 3, 2014

*signature: Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
 & DOWD LLP
BRIAN O. O'MARA

       s/ BRIAN O. O'MARA
         BRIAN O. O'MARA

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

[Proposed] Lead Counsel for Plaintiff

VANOVERBEKE MICHAUD & TIMMONY,
 P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiff

688706_1

[] ORDER GRANTING WITHDRAWAL OF COUNSEL
11-cv-05235-RMW-HRL - 1 -