BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
SAMUEL M. WARD (216562)
600 West Broadway, Suite 900
San Diego, CA  92101
Telephone:     (619) 230-0800
Facsimile:      (619) 230-1874

BRANSTETTER, STRANCH
      & JENNINGS, PLLC
J. Gerard Stranch, IV
James G. Stranch, III
227 Second Avenue North, Fourth Floor
Nashville, TN  37201-1631
Telephone:  (615) 254-8801
Facsimile:  (615) 250-3937

*Co-Lead Counsel for Lead Plaintiffs Oakland County Employees' Retirement System, Laborers' District Council Contractors' Pension Fund of Ohio, and Woburn Retirement System and the Proposed Class*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re OMNIVISION TECHNOLOGIES, INC. LITIGATION | ) ) ) |
| _____ | ) |
| This Document Relates to: | ) ) |
| ALL ACTIONS. | ) ) ) ) ) ) ) |
| _____ | ) |

Case No.:  5:11-cv-05235-RMW

STIPULATION AND []
ORDER REGARDING SCHEDULING
MATTERS

Judge: The Honorable Ronald M. Whyte

**STIPULATION**

WHEREAS, on February 21, 2012, this Court entered an order consolidating related cases, appointing the Institutional Investors Group as lead plaintiff and approving its choice of lead counsel;

WHEREAS, the February 21, 2012 order also established that, unless otherwise agreed by the parties, lead plaintiff would file an amended complaint within sixty (60) days of entry of the February 21, 2012 order, defendants would respond or file any motions directed at the amended complaint within sixty (60) days of the filing of the amended complaint, any opposition thereto would be filed within sixty (60) days of such motion and any reply would be filed within thirty (30) days of such opposition;

WHEREAS, on April 23, 2012, plaintiffs filed the Consolidated Class Action Complaint ("Consolidated Complaint");

WHEREAS, defendants intend to file a motion to dismiss and the parties have met and conferred regarding a possible hearing date for that motion;

WHEREAS, based on those discussions, the parties have agreed that defendants will notice the hearing date for October 26, 2012;

WHEREAS, in light of the anticipated hearing date, the parties have met and conferred and agreed on extending the briefing schedule for the motion to dismiss by approximately three days as follows:

1.      Defendants shall file their responses to the Consolidated Complaint on or before June 25, 2012.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1    2.      Any oppositions shall be filed on or before August 24, 2012.

2    3.      Any replies shall be filed on or before September 24, 2012.

3         IT IS SO STIPULATED

4    DATED:  June 20, 2012                    Respectfully submitted,

5                                             BARRACK, RODOS & BACINE
                                              STEPHEN R. BASSER
6                                             SAMUEL M. WARD

7                                                /s/ SAMUEL M. WARD
                                                 SAMUEL M. WARD

8                                             600 West Broadway, Suite 900
9                                             San Diego, CA  92101
                                              Telephone:  (619) 230-0800
10                                            Facsimile:   (619) 230-1874

11                                            BRANSTETTER, STRANCH
12                                               & JENNINGS, PLLC
                                              J. Gerard Stranch, IV
13                                            James G. Stranch, III

14                                               /s/ J. GERARD STRANCH, IV
                                                 J. GERARD STRANCH, IV
15
16                                            227 Second Avenue North, Fourth Floor
                                              Nashville, TN  37201-1631
17                                            Telephone:  (615) 254-8801
                                              Facsimile:  (615) 250-3937

18                                            *Co-Lead Counsel for Lead Plaintiffs*
19                                            *Oakland County Employees' Retirement*
                                              *System, Laborers' District Council*
20                                            *Contractors' Pension Fund of Ohio, and*
                                              *Woburn Retirement System and the*
21                                            *Proposed Class*

22                                            LABATON SUCHAROW LLP
                                              CHRISTOPHER J. KELLER
23                                            ckeller@labaton.com
                                              JONATHAN GARDNER
24                                            jgardner@labaton.com
                                              mstocker@labaton.com
25                                            140 Broadway
                                              New York, NY  10005
26                                            Telephone:  (212) 907-0700
                                              Facsimile:  (212) 818-0477
27
                                              *Counsel for Lead Plaintiff Woburn*
28
                                                               2

1

*Retirement System*

2

DATED:  June 20, 2012

3

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

4

5

 /s/ ANGIE YOUNG KIM
ANGIE YOUNG KIM
Douglas J. Clark
Cynthia A. Dy
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

6

7

8

9

*Attorneys for Defendants OmniVision Technologies, Inc., Shaw Hong, Anson Chan, and Aurelio "Ray" Cisneros*

10

11

12

I, Samuel M. Ward, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General Order 45, X.B., I hereby attest that all signatories have concurred in this filing.

13

14

15

/S/ SAMUEL M. WARD
SAMUEL M. WARD

16

17

18

**O R D E R**

19

PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

DATED:  June GG, 2010

21

*Ronald M. Whyte*

22

The Honorable Ronald M. Whyte
United States District Judge

23

24

25

26

27

28

3