1  BARRACK, RODOS & BACINE
   STEPHEN R. BASSER (121590)
2  sbasser@barrack.com
   SAMUEL M. WARD (216562)
3  sward@barrack.com
   600 West Broadway, Suite 900
4  San Diego, CA 92101
   Telephone: (619) 230-0800
   Facsimile: (619) 230-1874
5
6  BRANSTETTER, STRANCH
      & JENNINGS, PLLC
7  J. GERARD STRANCH, IV
   gstranch@branstetterlaw.com
8  JAMES G. STRANCH, III
   jstranch@branstetterlaw.com
9  227 Second Avenue N, Fourth Floor
   Nashville, TN 37201-1631
10 Telephone:    (615) 254-8801
   Facsimile:     (615) 250-3937

11 *Co- Lead Counsel for Plaintiffs Oakland County Employees' Retirement System,*
   *Laborers' District Council Contractors' Pension Fund of Ohio,*
12 *and Woburn Retirement System and the Proposed Class.*

13                 UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16 In re OMNIVISION TECHNOLOGIES, INC.    ) Case No.: 5:11-cv-05235-RMW
   LITIGATION                             )
17                                        ) CONSOLIDATED CLASS ACTION
                                          )
18                                        ) **STIPULATION AND []**
   This Document Relates To: ALL ACTIONS  ) **ORDER**
19                                        )
                                          )
20                                        )
                                          )
21                                        )
                                          )
22                                        )
                                          )
23                                        )
                                          )
24
25
26
27
28

Stipulation and [] Order

1   WHEREAS, Oakland County Employees' Retirement System, Laborers' District Council

2   Contractors' Pension Fund of Ohio, and Woburn Retirement System, ("Lead Plaintiffs") filed an

3   Amended Complaint against Omnivision Technologies, Inc., Shaw Hong, Anson Chan, and

4   Aurelio "Ray" Cisneros, ("Defendants") in Case No. 11-cv-05235 on April 23, 2012;

5   WHEREAS, on June 25, 2012, Defendants filed a motion to dismiss the Amended

6   Complaint;

7   WHEREAS, Local Rule 7-3(a) states that briefs in opposition to a motion "may not

8   exceed 25 pages of text";

9   WHEREAS, given the complexity and importance of the issues raised by Defendants'

10   motion to dismiss, Lead Plaintiffs have requested, and Defendants do not object to, 7 additional

11   pages to respond to Defendants' motion to dismiss;

12   WHEREAS, Local Rule 7-3(c) states that Defendants' reply brief in support of their

13   motion to dismiss "may not exceed 15 pages of text"; and

14   WHEREAS, Defendants have requested, and Lead Plaintiffs do not object to, 4

15   additional pages to reply to Lead Plaintiffs' brief in response to the motion to dismiss.

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1

1      NOW, THEREFORE, by and through their respective counsel of record, the

2  Parties hereby stipulate and agree, subject to approval by the Court, that Lead Plaintiffs' brief in

3  response to Defendants' motion to dismiss shall be no longer than 32 pages and Defendants'

4  reply brief thereto shall be no longer than 19 pages.

5      IT IS SO STIPULATED.

6

  DATED:  August 16, 2012      Respectfully submitted,

7

      BARRACK, RODOS & BACINE
8      STEPHEN R. BASSER
      SAMUEL M. WARD
9

      /s/ SAMUEL M. WARD
10      SAMUEL M. WARD

11      600 West Broadway, Suite 900
      San Diego, CA  92101
12      Telephone:  (619) 230-0800
      Facsimile:   (619) 230-1874
13

14  DATED:  August 16, 2012      BRANSTETTER, STRANCH
      & JENNINGS, PLLC
15      J. Gerard Stranch, IV
      James G. Stranch, III
16

      /s/ J. GERARD STRANCH, IV
17      J. GERARD STRANCH, IV

18      227 Second Avenue North, Fourth Floor
      Nashville, TN  37201-1631
19      Telephone:  (615) 254-8801
      Facsimile:  (615) 250-3937
20

21      *Co-Lead Counsel for Lead Plaintiffs Oakland County Employees' Retirement System, Laborers' District Council Contractors' Pension Fund of Ohio, and Woburn Retirement System and the Proposed Class*

22

23

24

25

26

27

28

2

1    LABATON SUCHAROW LLP
     CHRISTOPHER J. KELLER
2    ckeller@labaton.com
     JONATHAN GARDNER
3    jgardner@labaton.com
     mstocker@labaton.com
4    140 Broadway
     New York, NY 10005
5    Telephone: (212) 907-0700
     Facsimile: (212) 818-0477

6    *Counsel for Lead Plaintiff Woburn Retirement*
     *System*
7

8    DATED: August 16, 2012          WILSON SONSINI GOODRICH &
                                      ROSATI
9                                     Professional Corporation

10                                            /s/ ANGIE YOUNG KIM
                                      ANGIE YOUNG KIM
11

12                                    Douglas J. Clark
                                      Cynthia A. Dy
13                                    650 Page Mill Road
                                      Palo Alto, CA 94304-1050
14                                    Telephone: (650) 493-9300
                                      Facsimile: (650) 493-6811
15
                                      *Attorneys for Defendants OmniVision*
16                                    *Technologies, Inc., Shaw Hong, Anson*
                                      *Chan, and Aurelio "Ray" Cisneros*

17        I, Samuel M. Ward, am the ECF User whose ID and password are being used to file this

18   Stipulation and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest

19   that all signatories have concurred in this filing.

20                                            /s/ SAMUEL M. WARD
                                      SAMUEL M. WARD
21

22                               **O R D E R**

23        PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25   DATED: August 38, 2012          _Ronald M. Whyte_

26                                   The Honorable Ronald M. Whyte
                                     United States District Judge
27

28

                                      3