DOUGLAS J. CLARK, State Bar No. 171499
Email: dclark@wsgr.com
CYNTHIA A. DY, State Bar No. 172761
Email: cdy@wsgr.com
ANGIE YOUNG KIM, State Bar No. 270503
Email: aykim@wsgr.com
NICHOLAS R. MILLER, State Bar No. 274243
Email: nmiller@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
OMNIVISION TECHNOLOGIES, INC.,
SHAW HONG, ANSON CHAN, and
AURELIO "RAY" CISNEROS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re OMNIVISION TECHNOLOGIES, INC. LITIGATION ) ) ) ) ) ) ) ) ) ) ) ) )  _____ ) This Document Relates To:     ) )     ALL ACTIONS.                    ) ) ) _____ ) | Case No.: 5:11-cv-05235-RMW<br><br>CONSOLIDATED CLASS ACTION<br><br>**STIPULATION AND [] ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

STIPULATION AND [] RE EXTENSION
CASE NO. 5:11-cv-05235-RMW

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, the parties respectfully request a one-week extension for defendants to file any reply memorandum in support of their motion to dismiss the Consolidated Class Action Complaint ("Complaint").

WHEREAS, on June 25, 2012, defendants moved to dismiss the Complaint, noticing October 26, 2012 as the hearing date (Dkt No. 121);

WHEREAS, on August 24, 2012, plaintiffs opposed defendants' motion to dismiss (Dkt No. 128);

WHEREAS, defendants' reply is currently due September 24, 2012 pursuant to the Stipulation and Order Regarding Scheduling Matters (Dkt No. 118);

WHEREAS, defendants' counsel has requested a one-week extension due to family- and illness-related absences, and plaintiffs have agreed to the extension; and

WHEREAS, the requested time modification would have no effect on the noticed hearing date or others scheduling in this action.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that defendants shall have until October 1, 2012 to file any reply in support of their motion to dismiss the Complaint.

Dated: September 18, 2012　　　　　　　Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

By: /s/ Angie Young Kim
　　　Angie Young Kim

*Attorneys for Defendants*
OmniVision Technologies, Inc., Shaw Hong, Anson Chan, and Aurelio "Ray" Cisneros

| | |
|---|---|
| Dated: September 18, 2012 | BARRACK, RODOS & BACINE<br>Stephen R. Basser<br>Samuel M. Ward<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>Telephone: (619) 230-0800<br>Facsimile: (619) 230-1874 |
| | By: /s/ Sam M. Ward<br>         Samuel M. Ward |
| | BRANSTETTER, STRANCH & JENNINGS, PLLC<br>J. Gerard Stranch, IV<br>James G. Stranch, III<br>227 Second Avenue North, Fourth Floor<br>Nashville, TN 37201-1631<br>Telephone: (615) 254-8801<br>Facsimile: (615) 250-3937 |
| | *Co-Lead Counsel for Lead Plaintiffs*<br>Oakland County Employees' Retirement System, Laborers' District Council Contractors' Pension Fund of Ohio, and Woburn Retirement System, and the Proposed Class |

### [] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that defendants shall have until October 1, 2012 to file any reply in support of their motion to dismiss the Complaint.

DATED: _____      /s/ Ronald M. Whyte
                                    Honorable Ronald M. Whyte
                                    United States District Judge