BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
sbasser@barrack.com
SAMUEL M. WARD (216562)
sward@barrack.com
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

BRANSTETTER, STRANCH & JENNINGS, PLLC
J. GERARD STRANCH, IV
gstranch@branstetterlaw.com
JAMES G. STRANCH, III
jstranch@branstetterlaw.com
227 Second Avenue N, Fourth Floor
Nashville, TN 37201-1631
Telephone: (615) 254-8801
Facsimile: (615) 250-3937

*Co-Lead Counsel for Lead Plaintiffs Oakland County Employees' Retirement System, Laborers' District Council Contractors' Pension Fund of Ohio, and Woburn Retirement System and the Proposed Class*

*E-FILED - 12/12/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re OMNIVISION TECHNOLOGIES, INC. SECURITIES LITIGATION

This Document Relates To: ALL ACTIONS

Case No.: 5:11-cv-05235-RMW

**STIPULATION & [] ORDER**

The Parties to the above-captioned action, by and through their undersigned counsel, hereby stipulate that:

WHEREAS, on October 26, 2011, the first of three securities fraud class actions was filed against OmniVision Technologies, Inc., Anson Chan and Aurelio "Ray" Cisneros (collectively "Defendants");

WHEREAS, on February 21, 2012, the Court entered an order appointing the Institutional Investors Group as lead plaintiff, approving the Institutional Investors Group's choice of counsel and consolidating the three securities fraud class actions under the caption *In re OmniVision Technologies, Inc. Securities Litigation;*

WHEREAS, on April 23, 2012, the Institutional Investors Group filed Lead Plaintiff's Consolidated Class Action Complaint;

WHEREAS, on June 25, 2012, Defendants filed a motion to dismiss Lead Plaintiff's Consolidated Class Action Complaint;

WHEREAS, on October 16, 2012, a Clerk's Notice was entered scheduling a Case Management Conference for December 14, 2012 and requiring a Joint Case Management Statement be filed no later than December 7, 2012;

WHEREAS, on October 26, 2012, the Court heard argument on Defendants' motion to dismiss Lead Plaintiff's Consolidated Class Action Complaint;

WHEREAS, pursuant to the Private Securities Litigation Reform Act, discovery in this action is currently stayed;

WHEREAS, the parties agree that a Case Management Conference will be more productive if held after resolution of the pending motion to dismiss; and

WHEREAS the parties respectfully submit that in the interest of conserving judicial resources, the Case Management Conference should be vacated pending a ruling on Defendants' Motion to Dismiss.

/ / /

/ / /

THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST, subject to Court approval, that the Court vacate all deadlines associated with the Clerk's Notice of October 16, 2012 and that the December 14, 2012 Case Management Conference be vacated pending a ruling on Defendants' Motion to Dismiss.

DATED: December 5, 2012

Respectfully submitted,

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
SAMUEL M. WARD

/s/ STEPHEN R. BASSER
STEPHEN R. BASSER

600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

BRANSTETTER, STRANCH
& JENNINGS, PLLC
J. Gerard Stranch, IV
James G. Stranch, III

/s/ J. GERARD STRANCH, IV____
J. GERARD STRANCH, IV

227 Second Avenue North, Fourth Floor
Nashville, TN 37201-1631
Telephone: (615) 254-8801
Facsimile: (615) 250-3937

*Co-Lead Counsel for Lead Plaintiffs Oakland County Employees' Retirement System, Laborers' District Council Contractors' Pension Fund of Ohio, and Woburn Retirement System and the Proposed Class*

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
ckeller@labaton.com
JONATHAN GARDNER
jgardner@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Lead Plaintiff Woburn Retirement System*

DATED: December 5, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ ANGIE YOUNG KIM
ANGIE YOUNG KIM

Douglas J. Clark
Cynthia A. Dy
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for Defendants OmniVision Technologies, Inc., Shaw Hong, Anson Chan, and Aurelio "Ray" Cisneros*

I, Stephen R. Basser am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

/S/ STEPHEN R. BASSER
STEPHEN R. BASSER

**[] ORDER**

Pursuant to the STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT:

1. The Deadlines associated with the Clerk's Notice of October 16, 2012 are vacated; and

2. The December 14, 2012 Case Management Conference is vacated, to be rescheduled following resolution of the pending motion to dismiss.

IT IS SO ORDERED.

DATED: 12/12/12

Ronald M. Whyte

THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE