UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re OMNIVISION TECHNOLOGIES, INC. SECURITIES LITIGATION | Case No. C-11-5235-RMW |
| This Document Relates To:<br><br>ALL ACTIONS. | **ORDER REQUESTING DISCOVERY DISPUTE UPDATE**<br><br>**Re: Docket No. 157** |

On July 15, 2014 the parties in this case filed a joint statement informing the court of an ongoing discovery dispute. *See* Dkt. No. 157. Specifically, lead plaintiffs asked the court to compel defendants to supplement their responses to plaintiffs' first set of interrogatories. Unfortunately, the court overlooked the matter.

The court requests that the parties submit an update to their July 15 joint statement by December 11, 2014, identifying which, if any, of defendants' interrogatory responses are still disputed. If disputes remain, the court will address them forthwith.

Dated: December 4, 2014

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER RE: DISCOVERY DISPUTE
Case No. C-11-5235-RMW
EDB
- 1 -